UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN and STANLEY MIEZEJEWSKI, | : |
| Plaintiffs, | : CIVIL ACTION NO. 3:12-1000 |
| v. | : (JUDGE MANNION) |
| INFINITY AUTO INSURANCE COMPANY, | : |
| Defendant | : |

## ORDER

For the reasons discussed in the court's memorandum issued this day,

**IT IS HEREBY ORDERED THAT**:

(1) The defendant's motion for partial summary judgment, (Doc. No. 17), is **GRANTED**;

(2) The clerk is **ORDERED** to enter judgement in favor of the defendant on count II of the complaint alleging bad faith under 42 Pa.C.S. §8371.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 22, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1000-01-ORDER.wpd